UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Furtherance of the                          **ORDER**

Stay of Certain Civil Cases

Pending the Restoration of

 Department of Justice Funding

_____

    **WHEREAS**, the Court having issued a Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York, it is hereby noted that the case assigned to the undersigned that are listed below are subject to the terms of the Standing Order.

    The Clerk of Court is respectfully directed to enter a copy of this Notice in each listed case.

    i.   25-cv-02744

Dated: New York, New York
      October 21, 2025

                            _____
                         NAOMI REICE BUCHWALD
                 UNITED STATES DISTRICT JUDGE