UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ELIZANDY EMIR ALARCON MEDINA,

                            Plaintiff,                    **ORDER**

                - against -                    25 Civ. 2744(NRB)

UNITED STATES OF AMERICA, ALBA LIMO &
TRANSPORTATION CORP, and BALJIT SINGH,

                            Defendants.
------------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


    **WHEREAS**, on October 6, 2025, the Court cancelled the initial pretrial conference due to the government shutdown, ECF No. 18; and

    **WHEREAS**, on October 21, 2025, this case was stayed pursuant to the Court's Standing Order (1:25-mc-0043-LTS), ECF No. 19; it is hereby

    **ORDERED** that the stay entered on October 21, 2025 is hereby lifted; and it is further

    **ORDERED** that counsel are directed to appear telephonically for an initial pretrial conference on January 20, 2026 at 11:00 a.m.


Dated:    January 15, 2026
          New York, New York

                                      _____
                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE