UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
ELIZANDY EMIR ALARCON MEDINA,

                    Plaintiff,

        - against -

UNITED STATES OF AMERICA, ALBA
LIMO & TRANSPORTATION CORP,
and BALJIT SINGH,

                Defendants.

-------------------------------X

**ORDER**

25 Civ. 2744 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      **WHEREAS**, on February 3, 2026, in violation of Federal Rule of Civil Procedure 5(d)(1) and Section 13.21 of the Southern District of New York's Electronic Case Filing Rules, defendants Alba Limo & Transportation Corp and Baljit Singh filed "Rule 26 Initial Disclosures" and "Interrogatories and Document Demands," ECF Nos. 21, 22; it is hereby

      **ORDERED** that the Clerk of Court is directed to strike from the docket the "Rule 26 Initial Disclosures" and "Interrogatories and Document Demands," ECF Nos. 21, 22.

Dated:    New York, New York
          February 5, 2026

                                  NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE